# Court of Appeals
# of the State of Georgia

ATLANTA,__April 17, 2014____

*The Court of Appeals hereby passes the following order:*

## A14A1215. GEO CREATIVE, LLC, et al v. DENNIS HODDER d/b/a BRITWORKS.

Appellants Geo Creative, LLC, and Durl Jensen have filed a motion to withdraw their appeal based on the fact that the parties have reached a settlement agreement. Having been read and considered, that motion is GRANTED and this appeal is hereby ordered WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__04/17/2014____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*